H. P. Kucera, City Attorney, R. A. McBean and W. K. Chapman, Asst. City Attorneys, all of Dallas, Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The record before us reflects that appellant was charged by complaint in the Corporation Court of the City of Dallas with being a vagrant. From a judgment of conviction in said court, he appealed to the

county court where upon a trial in that court he was found guilty and his punishment was assessed at a fine of $100. From said judgment, he has appealed to this court.

The City Attorney of the City of Dallas has filed a motion in this court requesting that the appeal be dismissed, because the judgment in this case is final since the fine imposed is not in excess of $100. The statute provides that in all cases appealed from an inferior court to the county court where the fine imposed by said latter court does not exceed $100, the judgment is final and no appeal lies. See Grigsby v. State, 79 Tex.Cr.R. 84, 183 S.W. 143; Foard v. State, 79 Tex.Cr.R. 330, 185 S.W. 570; and Vernon's Ann.C.C.P. Art. 53 (formerly Art. 87) where many authorities are cited under Note 2.

The appeal is dismissed.

Opinion approved by the Court.

## BASTARDO v. STATE.

### No. 24405.

Court of Criminal Appeals of Texas.

June 8, 1949.

Clyde Vinson, San Angelo, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of robbery by assault and given a penalty of five years in the penitentiary.

The facts proven herein amply sustain this verdict, and no bills of exception are shown in the record, and all proceedings appear to be regular.

No further question being shown, there is no good reason present for further writing herein.

The judgment will therefore be affirmed.